UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
ENTERED
OCT 0 9 2002
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
FILED
OCT 0 8 2002
Michael N. Milby, Clerk

# MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

| Division | H | Case Number | 02-3245 |
|---|---|---|---|

| John Anderson, et al |
|---|

*versus*

| Horizon Offshore Contractors, Inc. |
|---|

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | George J. Ditta II |
| Firm | Frilot, Partridge, Kohnke & Clements, L.C. |
| Street | 3600 Energy Centre, 1100 Poydras St. |
| City & Zip Code | New Orleans, LA 70163 |
| Telephone | 504-599-8000 |
| Licensed: State & Number | LA Bar No. 25034 |
| Admitted U.S. District Court for: | See attached |

Seeks to appear as the attorney for this party:

Defendant Horizon Offshore Contractors, Inc.

Dated: October 4, 2002    Signed: _____

## ORDER

This lawyer is admitted *pro hac vice.*

Signed on __10/8__, 02.    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98

