United States District Court
Southern District of Texas
FILED
DEC 16 2002
Michael N. Milby, Clerk

United States Courts
Southern District of Texas
ENTERED
DEC 18 2002
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN ANDERSON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-3245 |
| | § | |
| HORIZON OFFSHORE CONTRACTORS, INC. | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Based on the parties' Joint Report and Joint Discovery/Case Management Plan, the court has entered the scheduling and docket control order to control this case. The initial pretrial conference set for December 20, 2002 is CANCELED.

SIGNED on December 16, 2002, at Houston, Texas.

Lee H. Rosenthal
United States District Judge