United States District Court
Southern District of Texas
FILED
DEC 18 2002
Michael N. Milby, Clerk

United States Courts
Southern District of Texas
ENTERED
DEC 18 2002
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

JOHN ANDERSON, *et al.*,          §
                                  §
    Plaintiffs,              §
                                  §
v.                                §          CIVIL ACTION NO. H-02-3245
                                  §
HORIZON OFFSHORE CONTRACTORS,     §
INC.                              §
                                  §
    Defendant.               §

## SCHEDULING AND
## DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

### DEADLINES

1.  June 6, 2003          **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
                          The attorney causing the addition of new parties will provide copies of this Order to new parties.

                          **EXPERTS**

2a. August 15, 2003       Plaintiff will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

2b. September 26, 2003    Defendant will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3.  October 3, 2003       **MEDIATION/ADR**
                          The parties are to file a joint status report with the court stating whether mediation or other form of ADR would be helpful. If not, the parties are to state the reasons in detail. If so, the parties are to state the form of ADR they think will best suit the case; whether they wish to select a mediator and, if so, who they have agreed to select; when they want to mediate; and any other information relevant to the entry of a court order on mediation/ADR.



4. December 12, 2003     **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

5. January 16, 2004     **PRETRIAL MOTIONS DEADLINE**
No motion shall be filed after this date except for good cause.

6. March 19, 2004     **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

7. March 26, 2004     **DOCKET CALL**
Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within seven (7) days of the Docket Call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial.

SIGNED on December 16, 2002, at Houston, Texas.

Lee H. Rosenthal
United States District Judge